AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kimberly Billups, Michael Warfield, and Michael Nolan <br> *Plaintiffs* <br> v. <br> City of Charleston, South Carolina <br> *Defendant* | Civil Action No.   2:16-cv-00264-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court finds the City of Charleston's tour guide licensing law unconstitutional under the First Amendment of the United States Constitution.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable David C. Norton presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   August 6, 2018

*CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*