**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **KIMBERLY BILLUPS, MICHAEL WARFIELD, and MICHAEL NOLAN,**<br><br>　　　　**Plaintiffs,**<br>**v.**<br><br><br>**CITY OF CHARLESTON, SOUTH CAROLINA,**<br><br>　　　　**Defendant.** | Civil Action No. 2:16-cv-00264-DCN |

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES FOR SUBMITTING BILL OF COSTS AND FILING MOTION FOR ATTORNEYS' FEES**

---

Plaintiffs Kimberly Billups, Michael Warfield, and Michael Nolan respectfully submit this Motion to Extend Deadlines for Submitting Bill of Costs and Filing Motion for Attorneys' Fees. Defendant the City of Charleston does not oppose this motion. No previous extension has been requested for the deadlines to file Plaintiffs' bill of costs or motion for attorneys' fees.

This Court entered a final judgment in Plaintiffs' favor on August 6, 2018 (ECF 116). The current deadline for Plaintiffs to file a bill of costs or application for attorneys' fees under 42 U.S.C. § 1988 is therefore August 20, 2018. Fed. R. Civ. P. 54(d)(2)(B)(1); Local R. 54.03. These dates may not be altered except by court order. *See* Fed. R. Civ. P. 54(d)(2)(B). Because Plaintiffs' attorneys' fees and costs will depend, in part, on the outcome of any appeal, it would be more efficient for the parties and the Court to stay all proceedings regarding Plaintiffs' motion for attorneys' fees and bill of costs until any appeal is resolved.

Plaintiffs therefore request that the deadlines for submitting a bill of costs and filing a motion for attorneys' fees be stayed until either: (1) 30 days after the mandate issues in any appeal from the Court's judgment or (2) 30 days after the deadline for filing a notice of appeal, in the event a notice of appeal is not filed.

Dated: August 10, 2018.

Respectfully submitted,

_/s/ Sean A. O'Connor_____
Sean A. O'Connor
(District Court ID No. 7601)
FINKEL LAW FIRM LLC
4000 Faber Place Drive, Suite 450
North Charleston, SC 29405
Tel:  (843) 576-6304
Fax: (866) 800-7954
Email: soconnor@finkellaw.com

*Local Counsel for Plaintiffs*

_/s/ Arif Panju_____
Arif Panju* (TX Bar No. 24070380)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: apanju@ij.org

Robert J. McNamara* (VA Bar No. 73208)
Robert E. Johnson* (VA Bar No. 83219)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rmcnamara@ij.org
Email: rjohnson@ij.org

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2018, I caused the foregoing

Plaintiffs' Unopposed Motion to Extend Deadlines for Submitting Bill of Costs and Filing

Motion for Attorneys' Fees to be filed via ECF and that the Court's ECF system automatically

served counsel for Defendant.

/s/ Sean A. O'Connor
Sean A. O'Connor (District Court ID No. 7601)
FINKEL LAW FIRM LLC
4000 Faber Place Drive, Suite 450
North Charleston, SC 29405
Tel:  (843) 576-6304
Fax: (866) 800-7954
E-mail: soconnor@finkellaw.com

*Local Counsel for Plaintiffs*

3