**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **KIMBERLY BILLUPS, MICHAEL WARFIELD, and MICHAEL NOLAN,**<br><br>      **Plaintiffs,**<br>**v.**<br><br>**CITY OF CHARLESTON, SOUTH CAROLINA,**<br><br>      **Defendant.** | Civil Action No. 2:16-cv-00264-DCN |

---

### MOTION TO WITHDRAW APPEARANCE

---

Pursuant to Local Civil Rule 83.I.07 D.S.C., Robert E. Johnson hereby moves to withdraw his appearance as counsel for Plaintiffs Kimberly Billups, Michael Warfield, and Michael Nolan. Effective October 1, 2018, Mr. Johnson will no longer be employed at the Institute for Justice. Arif Panju and Robert McNamara, of the Institute for Justice, will remain as counsel for Plaintiffs, and Sean A. O'Connor will continue to serve as local counsel.

Ms. Billups, Mr. Warfield, and Mr. Nolan, as well as Mr. Panju, Mr. McNamara, and Mr. O'Connor, have been notified of Mr. Johnson's withdrawal and have provided their consent.

Dated: September 21, 2018.

Respectfully submitted,

/s/ Sean A. O'Connor

Sean A. O'Connor
(District Court ID No. 7601)
FINKEL LAW FIRM LLC
4000 Faber Place Drive, Suite 450
North Charleston, SC 29405
Tel:  (843) 576-6304
Fax: (866) 800-7954
Email: soconnor@finkellaw.com

*Local Counsel for Plaintiffs*

/s/ Robert E. Johnson

Arif Panju* (TX Bar No. 24070380)
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: apanju@ij.org

Robert J. McNamara* (VA Bar No. 73208)
Robert E. Johnson* (VA Bar No. 83219)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rmcnamara@ij.org
Email: rjohnson@ij.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September, 2018, I caused the foregoing

Motion to Withdraw Appearance to be filed via ECF and that the Court's ECF system

automatically served counsel for Defendant.

/s/ Sean A. O'Connor
Sean A. O'Connor (District Court ID No. 7601)
FINKEL LAW FIRM LLC
4000 Faber Place Drive, Suite 450
North Charleston, SC 29405
Tel:  (843) 576-6304
Fax: (866) 800-7954
E-mail: soconnor@finkellaw.com

*Local Counsel for Plaintiffs*