IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Kimberly Billups; Michael Warfield; and Michael Nolan, | C/A No.: 2:16-cv-0264 DCN |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| City of Charleston, South Carolina, | |
| Defendant. | |

This matter is before the court upon the joint motion to dismiss remaining claims with prejudice. This motion was filed on January 21, 2021. It is therefore

**ORDERED** that the motion to dismiss is **GRANTED.** The remaining claims are hereby **DISMISSED** with prejudice.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

January 22, 2021
Charleston, South Carolina